JUDGE RAKOFF

07 CV 5901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WEST ASIA MARITIME OVERSEAS PVT LTD.,

                     Plaintiff,

   - against -

NORTH CHINA SHIPPING CO LTD.,

                     Defendant.
-----------------------------------------------------------------X

07 JUN 21 2007
U.S.D.C. E.C.F. CASE
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                     NONE.

Dated: June 21, 2007
       New York, NY

                     The Plaintiff,
                     WEST ASIA MARITIME OVERSEAS PVT LTD.

                     By: _____
                     Charles E. Murphy (CM 2125)
                     LENNON, MURPHY & LENNON, LLC
                     The Gray Bar Building
                     420 Lexington Ave., Suite 300
                     New York, NY 10170
                     (212) 490-6050
                     facsimile (212) 490-6070
                     cem@lenmur.com