```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
WEST ASIA MARITIME OVERSEAS PVT        :
LTD.,                                  :
                                       :       07 Civ. 5901 (JSR)
              Plaintiff,               :
                                       :            ORDER
         -v-                           :
                                       :
NORTH CHINA SHIPPING CO LTD.,          :
                                       :
              Defendant.               :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, <u>see</u> transcript, 11/9/07, this case is hereby dismissed without prejudice.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       November 9, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-13-07